1    **ERIN J. RADEKIN**
     **Attorney at Law  - SBN 214964**
2    428 J Street, Suite 350
     Sacramento, California 95814
3    Telephone: (916) 446-3331
     Facsimile: (916) 447-2988
4
     Attorney for Defendant
5    JORGE CORONA-RAMIREZ

6
                    IN THE UNITED STATES DISTRICT COURT FOR THE
7
                          EASTERN DISTRICT OF CALIFORNIA
8

9

10   UNITED STATES OF AMERICA,
                                              **Case No.  2:09-CR-0244 MCE**
11              Plaintiff,

12   v.
                                              **STIPULATION AND ORDER**
13
     JORGE CORONA-RAMIREZ, et al.
14
                Defendant.
15

16
                                                       **STIPULATION**
17
             Plaintiff, United States of America, by and through its counsel, Assistant United States
18
     Attorney Todd Leras, and defendant, Jorge Corona-Ramirez, by and through his counsel, Erin J.
19
     Radekin, agree and stipulate to vacate the date set for status conference, July 15, 2010 at 9:00 a.m.,
20
     in the above-captioned matter, and to continue the status conference to August 12, 2010 at 9:00 a.m.,
21
     in the courtroom of the Honorable Morrison C. England.
22
             The reason for this request is that the government has provided the defense with a plea
23
     agreement; however, additional time is needed for Ms. Radekin to travel to Nevada City with an
24
     interpreter to go over the plea agreement with Mr. Coronoa-Ramirez and to finalize the plea
25
     agreement.  The Court is advised that Mr. Leras concurs with this request and has authorized Ms.
26
     Radekin to sign this stipulation on his behalf.
27
             The parties further agree and stipulate that the time period from the filing of this stipulation
28
     until August 12, 2010 should be excluded in computing time for commencement of trial under the

     Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local

1  Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense

2  preparation.  It is further agreed and stipulated that the ends of justice served in granting the request

3  outweigh the best interests of the public and the defendant in a speedy trial.

4          Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

5  IT IS SO STIPULATED

6  Dated: July 12, 2010                                    BENJAMIN WAGNER
                                                          United States Attorney

7
                                                   By:_____/s/ Todd Leras_____
8                                                      TODD LERAS
                                                       Assistant United States Attorney
9

10 Dated: July 12, 2010                         _____/s/ Erin J. Radekin_____
                                                       ERIN J. RADEKIN
11                                                     Attorney for Defendant
                                                       JORGE CORONA-RAMIREZ
12

13
                                            **ORDER**
14

15      For the reasons set forth in the accompanying stipulation and declaration of counsel, the

16 status conference date of July 15, 2010 at 9:00 a.m. is VACATED and the above-captioned matter is

17 set for status conference on August 12, 2010 at 9:00 a.m.   The court finds excludable time in this

18 matter through August 12, 2010 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow

19 continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For

20 the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the

21 request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.

22 3161(h)(7)(A), (h)(7)(B)(iv).

        IT IS SO ORDERED.
23

24  Dated:  July 13, 2010

25                                         _____
                                                  MORRISON C. ENGLAND, JR.
26                                                UNITED STATES DISTRICT JUDGE

27

28

-2-