**ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
JORGE CORONA-RAMIREZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE CORONA-RAMIREZ, et al.<br><br>Defendant. | Case No.  2:09-CR-0244 MCE<br><br>**MOTION FOR CONTINUANCE OF CHANGE OF PLEA HEARING; STIPULATION AND ORDER** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Todd Leras, and defendant, Jorge Corona-Ramirez, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for change of plea hearing, August 26, 2010, at 9:00 a.m., in the above-captioned matter, and to continue the change of plea hearing to September 2, 2010 at 9:00 a.m., in the courtroom of the Honorable Morrison C. England.

The reason for this request is that the government needs more time to verify the defendant's identity, and to modify the plea agreement and prepare the superseding information to reflect defendant's true name.  Further, the defense must then review the modified plea agreement and information with the defendant.  The Court is advised that Mr. Leras and Ms. Radekin concur with this continuance and Mr. Leras has authorized Ms. Radekin to sign this stipulation on his behalf.

1  The parties further agree and stipulate that the time period from the filing of this stipulation
2 until September 2, 2010 should be excluded in computing time for commencement of trial under the
3 Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
4 Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
5 preparation. It is further agreed and stipulated that the ends of justice served in granting the request
6 outweigh the best interests of the public and the defendant in a speedy trial.

7  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

8 IT IS SO STIPULATED

9 Dated: August 25, 2010                    BENJAMIN WAGNER
                                            United States Attorney

                                            By:       /s/ Todd Leras
                                                TODD LERAS
                                                Assistant United States Attorney

13 Dated: August 25, 2010                          /s/ Erin J. Radekin
                                            ERIN J. RADEKIN
                                            Attorney for Defendant
                                            JORGE CORONA-RAMIREZ

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the change of plea hearing date of August 26, 2010 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on September 2, 2010 at 9:00 a.m. The court finds excludable time in this matter through September 2, 2010 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: August 27, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE