**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
JOSE CONTRERAS-RODRIGUEZ
(aka JORGE CORONA-RAMIREZ)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSE CONTRERAS RODRIGUEZ, et al.,<br><br>　　　　Defendants. | 2:09-CR-244-MCE<br><br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Todd Leras, and defendant, Jose Contreras-Rodriguez, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgment and sentencing, November 18, 2010 at 9:00 a.m., in the above-captioned matter, and to continue judgment and sentencing to December 9, 2010 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that additional time is for the defense and the government to prepare for sentencing. The Court is advised that Mr. Leras concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

/ / /

1  IT IS SO STIPULATED

2  Dated: November 16, 2010                    BENJAMIN WAGNER
                                               United States Attorney
3
                                       By:        /s/ Todd Leras
4                                              TODD LERAS
                                               Assistant United States Attorney
5

6  Dated: November 16, 2010                       /s/ Erin J. Radekin
                                               ERIN J. RADEKIN
7                                              Attorney for Defendant
                                               JOSE CONTRERAS-RODRIGUEZ
8

9
                                    **ORDER**
10
       IT IS HEREBY ORDERED that judgment and sentencing currently scheduled for November
11
   18, 2010 be VACATED and the matter continued to December 9, 2010 at 9:00 a.m. for judgment and
12
   sentencing.
13

14

15  Dated:  November 17, 2010

16
                                               _____
17                                             MORRISON C. ENGLAND, JR.
                                               UNITED STATES DISTRICT JUDGE
18